FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:18 pm, Dec 11, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| HERMAN WILLIAMS, III, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-25 |
| | * | |
| v. | * | |
| | * | |
| ASSISSTANT WARDEN STONE, et al., | * | |
| | * | |
| Defendants. | * | |

### O R D E R

Before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated September 8, 2020.  Dkt No. 16.  In the Report, the Magistrate Judge recommended the Court dismiss Plaintiff's claims against Defendants in their official capacities.  Dkt. No. 14, p. 1. Additionally, the Magistrate Judge recommended the Court deny Plaintiff's request for a preliminary injunction, to the extent Plaintiff requested such relief.  Id.  In his Objections, Plaintiff argues his official capacity claims should not be dismissed because Defendants are not entitled to qualified immunity.  Dkt. No. 16, pp. 2-3.  The Magistrate Judge, however, recommended dismissal based on Eleventh Amendment sovereign immunity.  Dkt. No. 14, p. 4.  Accordingly, Plaintiff's Objections are not responsive and lack merit.

AO 72A
(Rev. 8/82)

Plaintiff also objects to the Magistrate Judge's recommendation the Court should deny Plaintiff's request for preliminary injunctive relief. Dkt. No. 16, p. 3. Plaintiff clarifies he was not requesting preliminary injunctive relief. Id. To the extent Plaintiff seeks post-judgment injunctive relief, the Magistrate Judge was clear Plaintiff may still be able to obtain injunctive relief at some later date. See Dkt. No. 14, p. 6. Thus, Plaintiff's Objections on this issue are irrelevant.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES** Plaintiff's official capacity claims against Defendants for monetary damages and **DENIES** Plaintiff's claims for preliminary injunctive relief. Plaintiff's deliberate indifference and retaliation claims remain pending. Dkt. No. 15.

**SO ORDERED**, this ___11___ day of ___December___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)